IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN D. HAYWOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-cv-826-DWD |
| | ) |
| ROB JEFFREYS, | ) |
| DR. BROOKHEART, | ) |
| MR. McFARLAND, | ) |
| MR. GARRETT, and | ) |
| JOHN DOE, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On May 26, 2021, the Court ordered the Warden of Lawrence Correctional Center to mail information about this lawsuit to Plaintiff John D. Haywood's next of kin because a suggestion of death had been filed in another of Haywood's pending matters. (Docket entry 9); *see also Haywood v. Shef, et al.*, Case No. 18-527-GCS (Doc. 82, suggestion of death). Under Rule 25(a) of the Federal Rules of Civil Procedure, Haywood's next of kin were given 90 days to file a motion for substitution of parties if they wished to maintain this lawsuit on his behalf. On June 8, 2021, the Lawrence Correctional Center Litigation Coordinator filed a Notice of Compliance to indicate that copies of the Court's May 26, 2021 Order were mailed to Haywood's next of kin. (Doc. 10). To date, the Court has received no further correspondence concerning this matter. Accordingly, the Court will dismiss this matter with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a court has

authority to dismiss an action with prejudice for failure to prosecute if a party does not provide a timely response to a court order).

**IT IS SO ORDERED.**

Dated: 02/07/2022

s/David W. Dugan  
DAVID W. DUGAN  
United States District Judge